Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRII KOLPAKOV,<br><br>Defendant. | NO. CR18-159RSM<br><br>[PROPOSED] ORDER GRANTING MOTION TO REDACT CERTAIN VICTIM NAMES FROM CHARGING DOCUMENTS |

Having reviewed the United States' Motion to Redact Certain Victim Names from Charging Documents and the records and files in the above-captioned matter, the Court finds that, good cause having been shown, the request to lodge redacted versions of the charging documents is hereby GRANTED. Accordingly,

IT IS HEREBY ORDERED that the following records on file shall remain SEALED until further order of the Court:

- Indictment (Dkt. #1)

IT IS FURTHER ORDERED that the Clerk of the Court shall lodge the reacted versions of the aforementioned charging documents, attached as Exhibit 5, to the government's motion, in lieu of the original document when the docket for the above-captioned related cases are unsealed.

//

ORDER - 1
*U.S. v. Fedorov*, CR18-004RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

SO ORDERED.

DATED this __31__ day of July, 2018.

RICARDO S. MARTINEZ
United States District Judge

Presented by:

/s/ Steven Masada
FRANCIS FRANZE-NAKAMURA
STEVEN MASADA
Assistant United States Attorneys

ORDER - 2
U.S. v. Fedorov, CR18-004RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970