Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FEDIR OLEKSIYOVICH HLADYR,<br><br>Defendant. | NO. CR17-276RSM<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ALTERNATIVE VICTIM NOTIFICATION PROCEDURE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DMYTRO VALERIEVICH FEDOROV,<br><br>Defendant. | NO. CR18-004RSM<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ALTERNATIVE VICTIM NOTIFICATION PROCEDURE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRII KOLPAKOV,<br><br>Defendant. | NO. CR18-159RSM<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ALTERNATIVE VICTIM NOTIFICATION PROCEDURE |

ORDER GRANTING MOTION FOR ALTERNATIVE VICTIM
NOTIFICATION PROCEDURE - 1
*U.S. v. Hladyr*, CR17-276RSM
*U.S. v. Fedorov*, CR18-004RSM
*U.S. v. Kolpakov*, CR18-159RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THE COURT, having considered the government's motion for alternative victim notification, and all the files and records herein:

IT IS ORDERED that the government's motion is GRANTED.

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §3771(d)(2), that given the large number of potential victims in these related cases, the United States is authorized to provide the notifications required by 18 U.S.C. § 3771 via the Internet. The government shall post a link on the Department of Justice's large case website, located at http://www.justice.gov/largecases/, that will direct potential victims to a webpage that contains case-specific notifications and information on how to submit victim impact statements.

SO ORDERED.

DONE this 31 day July, 2018.

_____
HON. RICARDO S. MARTINEZ
Chief United States District Court Judge

Presented by:

/s/ Francis Franze-Nakamura
FRANCIS FRANZE-NAKAMURA
STEVEN MASADA
Assistant United States Attorneys

ORDER GRANTING MOTION FOR ALTERNATIVE VICTIM
NOTIFICATION PROCEDURE - 2
U.S. v. Hladyr, CR17-276RSM
U.S. v. Fedorov, CR18-004RSM
U.S. v. Kolpakov, CR18-159RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970