UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>FEDIR OLEKSIYOVICH HLADYR,<br><br>   Defendant. | NO. CR17-276RSM<br><br>[PROPOSED] ORDER DIRECTING<br>UNSEALING OF COURT DOCKET |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>DMYTRO VALERIEVICH FEDOROV,<br><br>   Defendant. | NO. CR18-004RSM<br><br>[PROPOSED] ORDER DIRECTING<br>UNSEALING OF COURT DOCKET |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>ANDRII KOLPAKOV,<br><br>   Defendant. | NO. CR18-159RSM<br><br>[PROPOSED] ORDER DIRECTING<br>UNSEALING OF COURT DOCKET |

ORDER - 1
*U.S. v. Hladyr*, CR17-276RSM
*U.S. v. Fedorov*, CR18-004RSM
*U.S. v. Kolpakov*, CR18-159RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

Having reviewed the United States' Motion to Unseal Court Docket and the records and files in the above-captioned matters, the Court finds that the circumstances are as set forth in said motion and the request to unseal the court dockets is hereby GRANTED. Accordingly,

IT IS HEREBY ORDERED that the Clerk of the Court shall unseal the dockets in the above-captioned matters, namely: (1) *United States v. Hladyr*, CR17-276RSM, (2) *United States v. Fedorov*, CR18-004RSM, and (3) *United States v. Kolpakov*, CR18-159RSM, **on August 1, 2018, by no later than 9:00 a.m. (PST)**.

IT IS FURTHER ORDERED that, within seven (7) days of this Order, the United States shall file on the docket a copy of the transcript of the initial hearing in *United States v. Hladyr*, CR17-276RSM (Dkt. #25), which the Court finds is not subject to the typical 90-day rule related to court transcripts.

IT IS FURTHER ORDERED that the records on file in the above-captioned matters that are otherwise subject to separately filed sealing orders shall remain sealed.

SO ORDERED.

DATED this __31__ day of July, 2018.

HON. RICARDO S. MARTINEZ
Chief United States District Court Judge

Presented by:

*/s/ Steven Masada*
FRANCIS FRANZE-NAKAMURA
STEVEN MASADA
Assistant United States Attorneys

ORDER - 2
*U.S. v. Hladyr*, CR17-276RSM
*U.S. v. Fedorov*, CR18-004RSM
*U.S. v. Kolpakov*, CR18-159RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970