UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRII KOLPAKOV,<br><br>Defendant. | CASE NO. CR18-159RSM<br><br>**ORDER** |

Defendant counsel's motion to withdraw (Docket #20) is GRANTED.


DATED this 22nd day of April, 2019.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE