# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR18-159 RSM |
| Plaintiff, | |
| v. | DETENTION ORDER |
| ANDRII KOLPAKOV, | |
| Defendant. | |

Offenses charged:

Count 1: Conspiracy to Commit Wire and Bank Fraud in violation of 18 U.S.C §§ 1344(1) and (2)

Count 2: Wire Fraud in violation of 18 U.S.C. § 1343

Count 16: Conspiracy to Commit Computer Hacking in violation of 18 U.S.C. §§ 1030(a)(4), (c)(3)(A) and 1030(a)(5)(A) and (c)(4)(B)(i)

Counts 17-19: Accessing a Protected Computer in Furtherance of Fraud in violation of 18 U.S.C. §§ 1030(a)(4), 1030(b), 1030(c)(3)(A), and 2

Counts 20-22: Intentional Damage to a Protected Computer in violation 18 U.S.C. §§ 1030(a)(5)(A), 1030(b), 1030(c)(4)(B), and 2

Count 23: Access Device Fraud in violation of 18 U.S.C. §§ 1029(a)(3), 1029(b)(1), 1029(c)(1)(A), and 2

DETENTION ORDER
Page 1

Counts 24, 25, 26: Aggravated Identity Theft in violation of 18 U.S.C. §§ 1028A(1) and 2

Forfeiture Allegation

Date of Detention Hearing: June 3, 2019

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

REASONS FOR DETENTION

1. Defendant has stipulated to detention.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of June, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge