Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>        v.<br><br>ANDRII KOLPAKOV,<br><br>           Defendant. | NO. CR18-159RSM<br><br>**ORDER** |

      THE COURT has considered the stipulated motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case and the General Orders currently in effect.

      THE COURT FINDS that the circumstances are as set forth in the parties' motion, and that a video or telephonic guilty plea hearing may take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20 (3/30/20), for the reasons set forth in the parties' stipulation. Accordingly,

      THE COURT ORDERS that the parties may proceed with a plea hearing by telephone and/or video conference, consistent with current procedures established by this

//

Court, and directs the parties to consult with one another and the Court to schedule such a hearing at a mutually acceptable date and time.

DONE this 9th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

// s // *Vadim A. Glozman*
VADIM A. GLOZMAN
Attorney for Defendant Andrii Kolpakov

// s // *(email authorization)*
FRANCIS FRANZE-NAKAMURA
STEVEN T. MASADA
Assistant United States Attorneys

ANTHONY TEELUCKSINGH
Trial Attorney, Computer Crime and
Intellectual Property Section, Department of Justice