UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>ANDRII KOLPAKOV,<br><br>                    Defendant. | Case No. CR18-159RSM<br><br>ORDER TO FILE UNDER SEAL |

Having reviewed and considered the Defendant's Motion to Seal and because of the sensitive information contained in Defendant's Sentencing Position Paper; IT IS HEREBY ORDERED that the Defendant's Sentencing Position Paper shall be filed and remain sealed until further order of the Court.

DATED this 21st day of June, 2021

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE