Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRII KOLPAKOV<br><br>Defendant. | No. CR18-159-RSM<br><br><br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. Asus laptop, model no. X510U (serial no. HANOCX24R525436);
2. Toshiba 128 GB SSD (serial no. 671510BATMXT);
3. SATA hard drive (serial no. 87VEC1G9T SWFHDKCB8888E0A01T);
4. Gold colored Samsung SM J500H Galaxy J5 cell phone (serial no. RV1H40M03WV, IMEI 357950071755024/01 and 35800071755027/0); and
5. Various SIM cards.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

//

Final Order of Forfeiture - 1
*United States v. Andrii Kolpakov,* CR18-159-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Pursuant to the Plea Agreement he entered on November 16, 2020, and as further identified and stipulated to by the parties, the Defendant agreed to forfeit a sum of money in the amount of $75,000 in U.S. currency, as it represents, in part, the proceeds the Defendant obtained as a result of Conspiracy to Commit Wire Fraud. Dkt. No. 48, ¶ 9; Dkt. No. 53. The Defendant agreed to forfeit the electronic equipment identified in his Plea Agreement (Dkt. No. 48, ¶ 9a-e) and in the Stipulated Motion for Entry of a Preliminary Order of Forfeiture (Dkt. No. 53), as it constitutes or is derived from proceeds of, and/or facilitated, his commission of Conspiracy to Commit Computer Hacking. *Id.*;

- On June 21, 2021, the Court entered a Preliminary Order of Forfeiture, finding that the above-identified sum of money is forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), that it is personal to the Defendant; and that no third-party ancillary process is required before forfeiting it. Dkt No. 61. The Court also found the identified facilitating electronic equipment forfeitable pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1030(i), and forfeited the Defendant's interest in it (Dkt. No. 61);

- Thereafter, the United States published notice of the pending forfeiture of the electronic equipment as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 67), and also provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A – C); and

- The time for filing third-party petitions has expired, and none were filed.

//

//

Final Order of Forfeiture - 2
*United States v. Andrii Kolpakov,* CR18-159-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 19th day of November, 2021.

*(signature)*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Andrii Kolpakov,* CR18-159-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970